■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK RAY, Appellant. [997 NYS2d 902]—

Order, Supreme Court, New York County (Robert M. Stolz, J.), entered on or about December 6, 2011, which adjudicated defendant a level two sexually violent offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Although there was an insufficient basis for the court's assessment of 10 points, not assessed by the risk assessment instrument, under the risk factor for nonacceptance of responsibility, defendant remains a level two offender, and we find no basis for a discretionary downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant's completion of drug programs and abstinence from drug use while incarcerated do not warrant a downward departure under the circumstances of the case. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAAC DIGGINS, Appellant. [998 NYS2d 129]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert Mandelbaum, J.), rendered on or about September 16, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.